IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARLOS E. GUTIERREZ                                                    PLAINTIFF

v.                                     Civil No. 05-5083

CORPORAL WESLEY KERN                                                DEFENDANT

## CHANGE OF ADDRESS

Carlos Gutierrez has notified the court of a change of address. The court hereby directs the

same to be entered of record this date and a file-marked copy provided to all parties of record. The

clerk is also directed to re-mail to plaintiff any pleadings or correspondence which may have been

returned as undeliverable.

Plaintiff's new address is:

Mr. Carlos Gutierrez
261 Kelsey Lane
Farmington, AR  72730

IT IS SO ORDERED this 21st day of November 2005.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE