IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CARLOS E. GUTIERREZ**                                                               **PLAINTIFF**

       v.               Civil No. 05-5083

**CORPORAL WESLEY KERN**                                                  **DEFENDANT**

### O R D E R

Now on this 18th day of January, 2006, it having come to the Court's attention that, due to mail difficulties, plaintiff is in need of additional time to file objections to the Report And Recommendation Of The Magistrate Judge, the Court hereby extends the period for filing such objections until February 3, 2006.

**IT IS SO ORDERED.**

                                                                                  *Jimm Larry Hendren*
                                                                  **JIMM LARRY HENDREN**
                                                                  **UNITED STATES DISTRICT JUDGE**