IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CARLOS E. GUTIERREZ**                                                            **PLAINTIFF**

         v.               Civil No. 05-5083

**CORPORAL WESLEY KERN**                                          **DEFENDANT**

**O R D E R**

Now on this 14th day of February, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #20), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's **Motion For Summary Judgment** is **denied**.

**IT IS FURTHER ORDERED** that this matter is remanded to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                                          /s/ Jimm Larry Hendren
                                                          JIMM LARRY HENDREN
                                                          UNITED STATES DISTRICT JUDGE