IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARLOS E. GUTIERREZ                                                    PLAINTIFF

    v.                                    Civil No. 05-5083

JERAH KERN, in her capacity as
Personal Representative for the
Estate of Wesley Kern                                                  DEFENDANT

## **ORDER**

On October 24, 2006, the plaintiff filed a motion to compel discovery. In his motion to compel, plaintiff indicates he propounded discovery to the defendants on February 15, 2006, and the defendants have failed to respond to the requests.

The motion to compel is granted. Defendant is directed to respond to the discovery requests by **November 3, 2006.**

IT IS SO ORDERED this 25th day of October 2006.

                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE